**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**
**CASE NO. _____**

CALEEL WARE                                                                                      PLAINTIFF

v.

GRAYSON POLICE DEPARTMENT, et al.                                             DEFENDANTS

---

**NOTICE OF REMOVAL**

---

The Defendants, City of Grayson, Kentucky; Grayson Police Department; Officer Michael Bell; and, Officer Cole Cordle, in their individual and official capacities as Grayson Police Officers, by and through counsel, hereby remove the above referenced action filed by the Plaintiff, Caleel Ware ("Ware"), from the Carter County, Kentucky Circuit Court, to the United States District Court for the Eastern District of Kentucky at Ashland, pursuant to 28 USC § 1332, § 1441 and § 1446.

1.      On June 5, 2026, Ware filed his suit in the Carter County Kentucky Circuit Court, captioned *Caleel Ware v. City of Grayson, Kentucky, et al.* The Carter Circuit Court Clerk assigned the case as Civil Action No. 26-CI-00238.

2.      A true and accurate copy of the Summons and Complaint that were served upon Defendants is attached as Exhibit A.

3.      The Summons and Complaint constitute all of the pleadings and papers served upon Defendants.

4.      The Court has jurisdiction over this action pursuant to 28 USC §1331 because the Complaint asserts 42 USC §1983 claims for violation of the Fourth and Fourteenth

1

Amendments to the United States Constitution (See Counts I – V). The Complaint also asserts state law claims (See Counts VI – XV) for which this Court has supplemental jurisdiction.

5.      This Notice of Removal is filed within 30 days after the Defendants were served with a copy of the Summons and Complaint in this action.

6.      This civil action is properly removable pursuant to 28 USC § 1441(a).

7.      Pursuant to 28 USC § 1446(d), a true and accurate copy of the Notice of Removal is being filed electronically with the Carter County Circuit Court this 18th day of June, 2026.

8.      A true and correct copy of this Notice of Removal is being sent via electronic mail to Plaintiff's counsel, this 18th day of June, 2026.

WHEREFORE, the Defendants, City of Grayson, Kentucky; Grayson Police Department; Officer Michael Bell; and, Officer Cole Cordle, in their individual and official capacities as Grayson Police Officers, give notice of the removal of this action from the Carter County Circuit Court to the United States District Court for the Eastern District of Kentucky, at Ashland.

Respectfully submitted,


**_/s/ Jeffrey C. Mando_**
Jeffrey C. Mando, Esq. (#43785)
ADAMS LAW, PLLC
40 West Pike Street
Covington, KY  41011
859.394.6200 | 859.392.7200 – Fax
jmando@adamsattorneys.com

*Attorney for Defendants, City of Grayson, Kentucky; Grayson Police Department; Officer Michael Bell; and, Officer Cole Cordle, in their individual and official capacities as Grayson Police Officers*


## CERTIFICATE OF SERVICE

I hereby certify that on this **18th** day of June, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy has been served via electronic mail upon the following:

Derrick Willis, Esq.
117 South Hord Street
Grayson, KY 41143
derrick@willislaw.us


**_/s/ Jeffrey C. Mando_**
Jeffrey C. Mando, Esq.

3